**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMBERLY GADSON, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:09-CV-1128-M (BH) |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, & Recommendation of the United States Magistrate Judge on Plaintiff's motion for summary judgment, filed September 21, 2009, and *Defendant's Motion for Summary Judgment*, filed October 20, 2009. Objections were filed, and the District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, & Recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions, & Recommendation of the United States Magistrate Judge.

Plaintiff's motion for summary judgment, filed September 21, 2009, is **GRANTED**, and *Defendant's Motion for Summary Judgment*, filed October 20, 2009, is **DENIED**. The case is remanded to the Administrative Law Judge for reconsideration.

SIGNED this 2 day of February, 2010.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE